UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 3:11-cv-15-RLY-WGH |
| MEAD JOHNSON & COMPANY, and MEAD JOHNSON NUTRITION COMPANY, | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER ON MOTION TO CONSOLIDATE

This matter is before the Honorable William G. Hussmann, Jr., United States Magistrate Judge, on Defendants' Motion to Consolidate Related Actions Pending in this Court filed April 6, 2011. (Docket No. 52). Plaintiff filed its Opposition to Motion to Consolidate on May 10, 2011. (Docket No. 80). Defendants filed a reply brief on May 24, 2011. (Docket No. 91).

Having reviewed the arguments of the parties, the Magistrate Judge now **DENIES** Defendants' Motion. Pursuant to Rule 42 of the Federal Rules of Civil Procedure the court *may* consolidate actions that involve a common question of law or fact. In this instance, there is currently a pending Motion to Dismiss for Lack of Subject Matter Jurisdiction in the allegedly related action (3:11-cv-43) that Defendants wish to consolidate with this action. The Magistrate Judge concludes that a ruling on the pending Motion to Dismiss could render moot the

need to consolidate the two cases. Because these two cases are assigned to the same District Court Judge, there is no showing that consolidation will further judicial economy. For these reasons, the Motion to Consolidate Related Actions Pending in this Court is **DENIED** at this time. Defendants may refile their Motion after the resolution of the Motion to Dismiss in 3:11-cv-43.

**SO ORDERED.**

Dated: 05/31/2011

William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

**Electronic copies to:**

Matthew B. Barr
BARNES & THORNBURG LLP
mbarr@btlaw.com

Charles P. Edwards
BARNES & THORNBURG LLP
charles.edwards@btlaw.com

James E. Gentry Jr.
BOWERS HARRISON LLP
jeg@bowersharrison.com

Mark D. Gerth
KIGHTLINGER & GRAY
mgerth@k-glaw.com

Daniel I. Graham Jr.
BATES CAREY NICOLAIDES, LLP
dgraham@bcnlaw.com

Mary F. Licari
BATES CAREY NICOLAIDES, LLP
191 North Wacker - Suite 2400
Chicago, IL 60606

Laura A. McArdle
BATES CAREY NICOLAIDES LLP
lmcardle@bcnlaw.com

Mark E. Miller
Bowers Harrison, LLP
mem@bowersharrison.com

Richard H. Nicolaides Jr.
BATES CAREY NICOLAIDES LLP
rnicolaides@bcnlaw.com

Brendan D. O'Toole
WILLIAMS MULLEN
botoole@williamsmullen.com

Robert F. Redmond Jr.
WILLIAMS MULLEN
rredmond@williamsmullen.com

John E. Rodewald
BATES CAREY NICOLAIDES, LLP
jrodewald@bcnlaw.com

Bertrand C. Sellier
VANDENBERG & FELIU LLP
bsellier@vanfeliu.com

Hal S. Shaftel
CADWALADER WICKERSHAM & TAFT LLP
hal.shaftel@cwt.com

Louis M. Solomon
CADWALADER, WICKERSHAM & TAFT LLP
louis.solomon@cwt.com

Kase L. Stiefvater
KIGHTLINGER & GRAY
kstiefvater@k-glaw.com

Brent R. Weil
KIGHTLINGER & GRAY
bweil@k-glaw.com