UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

NATIONAL UNION FIRE INSURANCE   )
COMPANY OF PITTSBURGH, PA.,     )
    Plaintiff/Counterclaim-Defendant, )
                                )
vs.                             )   3:11-cv-15-RLY-WGH
                                )
MEAD JOHNSON & COMPANY, LLC     )
and MEAD JOHNSON NUTRITION      )
COMPANY,                        )
    Defendants/Counterclaim-Plaintiffs, )
                                )
LEXINGTON INSURANCE COMPANY,    )
    Additional Counterclaim-Defendant. )

**ORDER ON NATIONAL UNION AND LEXINGTON'S RULE 72(A) OBJECTION TO MAGISTRATE JUDGE HUSSMANN'S NOVEMBER 16, 2011 MARGINAL ENTRY ORDER**

Plaintiff/Counterclaim-Defendant, National Union Fire Insurance Company of Pittsburgh, PA. ("National Union"), and Additional Counterclaim Defendant Lexington Insurance Company ("Lexington"), filed a motion to stay the proceedings "to allow the Court an opportunity to thoroughly consider and resolve jurisdictional questions before having to enter any additional orders in this matter." On November 16, 2011, the Magistrate Judge denied the motion in a marginal notation, reasoning that "it is clear a concrete dispute involving substantial amounts of potential damage will need to be litigated in some forum," and "[s]taying the case will not expedite resolution of the dispute." (Order, Docket # 142). National Union and Lexington contend the Magistrate

1

Judge's ruling is contrary to law.  The evidence of record reflects that complete diversity exists between National Union and Mead Johnson, and the relief sought exceeds $75,000. Although the court would not have diversity jurisdiction over a claim filed by Mead Johnson against National Union and Lexington were it filed as a separate cause of action (because Mead Johnson and Lexington were both incorporated in the State of Delaware), the fact remains that Mead Johnson did not file a claim; it filed a Counterclaim (now amended).  Thus, the court has supplemental jurisdiction over the Amended Counterclaim as it relates to the Underlying PBM Lawsuit.  Accordingly, the Magistrate Judge's November 16, 2011 Order denying National Union and Lexington's motion to stay proceedings is not contrary to law.  Their Rule 72(a) Objection (Docket # 159) is therefore **OVERRULED**.

**SO ORDERED** this 26th day of January 2012.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Electronic Copies to:

James E. Gentry Jr.
BOWERS HARRISON LLP
jeg@bowersharrison.com

Mark D. Gerth
KIGHTLINGER & GRAY
mgerth@k-glaw.com

Daniel I. Graham Jr.
BATES CAREY NICOLAIDES, LLP
dgraham@bcnlaw.com

Mary F. Licari
BATES CAREY NICOLAIDES, LLP
mlicari@bcnlaw.com

Laura A. McArdle
BATES CAREY NICOLAIDES LLP
lmcardle@bcnlaw.com

Mark E. Miller
Bowers Harrison, LLP
mem@bowersharrison.com

Richard H. Nicolaides Jr.
BATES CAREY NICOLAIDES LLP
rnicolaides@bcnlaw.com

Brendan D. O'Toole
WILLIAMS MULLEN
botoole@williamsmullen.com

Robert F. Redmond Jr.
WILLIAMS MULLEN
rredmond@williamsmullen.com

John E. Rodewald
BATES CAREY NICOLAIDES, LLP
jrodewald@bcnlaw.com

Bertrand C. Sellier
VANDENBERG & FELIU LLP
bsellier@vanfeliu.com

Hal S. Shaftel
CADWALADER WICKERSHAM & TAFT LLP
hal.shaftel@cwt.com

Louis M. Solomon
CADWALADER, WICKERSHAM & TAFT LLP
louis.solomon@cwt.com

Kase L. Stiefvater
KIGHTLINGER & GRAY
kstiefvater@k-glaw.com

Brent R. Weil
KIGHTLINGER & GRAY
bweil@k-glaw.com