UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., <br><br>Plaintiff, <br><br>vs. <br><br>MEAD JOHNSON & COMPANY, <br>MEAD JOHNSON NUTRITION COMPANY, <br><br>Defendants. <br>_____ <br><br>MEAD JOHNSON NUTRITION COMPANY, <br>MEAD JOHNSON & COMPANY, <br>MEAD JOHNSON NUTRITION COMPANY, <br>MEAD JOHNSON & COMPANY, <br>MEAD JOHNSON & COMPANY, <br>MEAD JOHNSON NUTRITION COMPANY, <br>MEAD JOHNSON & COMPANY, <br>MEAD JOHNSON NUTRITION COMPANY, <br><br>Counter Claimants, <br><br>vs. <br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., <br>LEXINGTON INSURANCE COMPANY, <br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., <br>LEXINGTON INSURANCE COMPANY, <br>LEXINGTON INSURANCE COMPANY, <br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., <br>LEXINGTON INSURANCE COMPANY, <br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., <br><br>Counter Defendants. | ) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>)     No. 3:11-cv-00015-RLY-WGH |

**ENTRY FOR JUNE 17, 2014**

**RICHARD L. YOUNG, JUDGE**

The Magistrate Judge reports that this case has been resolved at a conference held this date. Therefore, all pending motions, if any, are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are **VACATED**.[1]

**IT IS ORDERED** that within forty-five (45) days of this date, counsel for the plaintiff(s) shall file a motion to dismiss this cause or a stipulation of dismissal and submit an order for the court's signature ordering the dismissal of this action (in conformance with the agreement of the parties).  Failure to comply with this order will result in dismissal with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute this action in a timely manner.  Additional time to complete the execution of the settlement document(s) may be granted if requested in writing prior to the expiration of this period of time.

Distribution:
Richard H. Nicolaides, Jr.
BATES CAREY NICOLAIDES LLP
rnicolaides@nicolaidesllp.com

Mark E. Miller
Bowers Harrison, LLP
mem@bowersharrison.com

Hal S. Shaftel
CADWALADER WICKERSHAM & TAFT LLP
hal.shaftel@cwt.com

Louis M. Solomon
CADWALADER, WICKERSHAM & TAFT LLP
louis.solomon@cwt.com

Brent R. Weil
KIGHTLINGER & GRAY
bweil@k-glaw.com

Crystal Gates Rowe
KIGHTLINGER & GRAY, LLP-New Albany
crowe@k-glaw.com

Richard T. Mullineaux
KIGHTLINGER & GRAY, LLP-New Albany
rmullineaux@k-glaw.com

Mary F. Licari
NICOLAIDES FINK THORP MICHAELIDES SULLIVAN LLP
mlicari@nicolaidesllp.com

Cody S. Moon
NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP
cmoon@nicolaidesllp.com

Laura A. McArdle
NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP
lmcardle@nicolaidesllp.com

Matthew S. Sorem
NICOLEAIDES FINK THORPE MICHAELIDES SULLIVAN LLP
msorem@nicolaidesllp.com

Bertrand C. Sellier
VANDENBERG & FELIU LLP
bsellier@vanfeliu.com

Brendan D. O'Toole
WILLIAMS MULLEN
botoole@williamsmullen.com

Robert F. Redmond, Jr.
WILLIAMS MULLEN
rredmond@mcguirewoods.com

---

1.     [1] The parties are notified that any exhibits, depositions, diagrams, or other evidentiary documents previously filed with the court are now released to the parties who filed the same.  If such items are not retrieved by the parties from the clerk within thirty (30) days from the dismissal of this cause, the items will be disposed of pursuant to the local rules of this court.  S.D. Ind. L.R. 79.1.